trict of Louisiana, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. The order heretofore entered April 10, 1991, by JUSTICE KENNEDY is vacated. JUSTICE SCALIA took no part in the consideration or decision of this application.

APRIL 15, 1991

No. 90–1284. INTERCONTINENTAL LIFE INSURANCE CO. v. LINDBLOM. Sup. Ct. Ala. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Pacific Mut. Life Ins. Co.* v. *Haslip, ante,* p. 1.

No. 90–6553. WOOD v. UNITED STATES POSTAL SERVICE. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Irwin* v. *Department of Veterans Affairs,* 498 U. S. 89 (1990).

No. — – ——. GRANDISON v. UNITED STATES. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. A–747. KIDDER, PEABODY & CO., INC. v. MAXUS ENERGY CORP. ET AL. C. A. 2d Cir. Application for stay, addressed to JUSTICE O'CONNOR and referred to the Court, denied.

No. A–750 (90–1485). IN RE PERALES. Application for preliminary injunction and expedited hearing, addressed to JUSTICE MARSHALL and referred to the Court, denied.

No. D–933. IN RE DISBARMENT OF ROSS. Disbarment entered. [For earlier order herein, see 497 U. S. 1056.]

No. D–935. IN RE DISBARMENT OF ANTICO. Disbarment entered. [For earlier order herein, see 497 U. S. 1056.]

No. D–945. IN RE DISBARMENT OF HEAVY. Disbarment entered. [For earlier order herein, see 498 U. S. 918.]